UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allstate Indemnity Company, **Plaintiff,** <br><br> *- against -* <br><br> Nuncio A. Diaz, et al., **Defendant(s),** | **ORDER** <br> 7:22-cv-01489-PED |

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within Sixty (60) days of the date hereof.

Dated:  July 25, 2022  
White Plains, New York

SO ORDERED:

_____  
Paul E. Davison  
United States Magistrate Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC # _____  
DATE FILED: **Jul 25, 2022**